AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gordon, Andrew P. | 2. Court or Organization  U.S. District Court, Nevada | 3. Date of Report  11/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Room 6018
Las Vegas, Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3/7/2014 | McDonald Carano Wilson LLP Final Partnership Withdrawal Agreement. Final buyout of my interest in my former law firm. Paid off in 2014. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | McDonald Carano wilson LLP - final buy out of partnership interest | $31,528.00 |
| 2. 2014 | National Institute for Trial Advocacy - teaching | $2,700.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Faith Lutheran Junior/Senior High School - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 11/19/14-11/22/14 | Phoenix, AZ | teaching a seminar on depositions | lodging, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Trust #1 | A | Interest | M | T | | | | | |
| 2. Wells Fargo (Cash Accounts) | A | Interest | L | T | | | | | |
| 3. Charles Schwab (Cash Accounts) | B | Interest | N | T | | | | | |
| 4. Amreican Funds EuroPacific Grownt Fund R5 | B | Dividend | L | T | | | | | |
| 5. BlackRock Fixed Income Value Oppty Trust Cmn Cl | E | Dividend | | | Matured | 12/18/14 | J | A | |
| 6. Dodge & Cox Stock fund | B | Dividend | L | T | | | | | |
| 7. Intel Corp. stock | A | Dividend | | | Sold | 08/08/14 | K | | |
| 8. Invesco Real Estate Fund | B | Dividend | K | T | | | | | |
| 9. MFS Growth Allocation Fund Class C | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 10. Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 11. Nuveen Interim Duration Muni Bond Fund | A | Interest | J | T | | | | | |
| 12. Vanguard LifeStrategy Conservative Growth Fund | B | Dividend | L | T | | | | | |
| 13. Walt Disney stock | A | Dividend | K | T | | | | | |
| 14. California PUB WKS BRD LSE REV D RF OID NPFG APR04 03.25% DEC | A | Interest | | | Matured | 12/01/14 | J | A | |
| 15. Middlesex, NJ IMPT UTL RV 5.08%Cl SER B GUAR AMBAC JAN99 00 | A | Interest | K | T | | | | | |
| 16. Franklin Templeton Age-Based 529 - Age 13-16 | | None | L | T | | | | | |
| 17. Franklin Templeton Age-Based 529 - Age 17+ Aggressive | | None | | | Redeemed | 08/26/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HollyFrontier Corp. stock | B | Dividend | | | Sold | 12/15/14 | J | | |
| 19. iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | Sold (part) | 04/30/14 | K | B | |
| 20. iShares MSCI Malaysia Index Fund | A | Dividend | | | Sold | 05/05/14 | J | A | |
| 21. iShares MSCI Singapore ETF | A | Dividend | J | T | | | | | |
| 22. Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | B | Interest | L | T | | | | | |
| 23. Pimco Exhchange Traded Fund Investment Grade Corp. Bond Index E | A | Interest | J | T | | | | | |
| 24. Powershares ETF S&P 500 Downside Hedged Portfolio | A | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 25. SPDR Nuveen Barclay ETF Muni Managed Money Index | A | Dividend | | | Sold | 01/10/14 | L | B | |
| 26. Vanguard Short Term Tax Exempt Fund Investor SHR | C | Interest | N | T | | | | | |
| 27. Vanguard Small Cap Growth | A | Dividend | J | T | | | | | |
| 28. Vanguard Small Cap Value | A | Dividend | K | T | | | | | |
| 29. Middlesex CO IMPT A 0% UTIL COMB DUE 09/01/16 PERTH AMBOY | A | Interest | K | T | | | | | |
| 30. Accuvest Global Long Short ETF | | None | K | T | | | | | |
| 31. Aflac Inc | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 32. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 33. Apple | A | Dividend | K | T | Buy | 04/17/14 | K | | |
| 34. Bed Bath & Beyond | | None | J | T | Buy | 05/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Best Buy | A | Dividend | K | T | Buy | 06/06/14 | K | | |
| 36. Broadcom Class A | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 37. Celgene Corp | | None | J | T | Buy | 07/31/13 | J | | |
| 38. Cognizant Tech Solutions Class A | | None | K | T | Buy | 07/31/13 | J | | |
| 39. Copa Holdings SA | A | Dividend | | | Buy | 04/17/14 | K | | |
| 40. | | | | | Sold | 12/19/14 | J | | |
| 41. CVS Health Corp | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 42. EGShares Emerging Markets Consu ETF | | None | K | T | Buy | 04/30/14 | K | | |
| 43. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 44. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 45. Embraer SA FADR 1 ADR Reps | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 46. Emerson Electric Co. | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 47. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 48. Fifth Third Bankcorp | A | Dividend | K | T | Buy | 10/22/13 | J | | |
| 49. Google Inc. | | None | J | T | Sold (part) | 04/09/14 | J | B | |
| 50. | | | | | Buy (add'l) | 04/09/14 | J | | |
| 51. Guggenheim Bulletshares 2018 Corp Bond ETF | A | Interest | J | T | Buy | 12/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Guggenheim Bulletshares 2020 Corp Bond ETF | A | Interest | J | T | Buy | 07/31/13 | J | | |
| 53. Guggenheim Bulletshares 2019 Corp Bond ETF | A | Interest | J | T | Buy | 07/31/13 | J | | |
| 54. Guggenheim S&P 500 Equalwei Tech ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 55. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 56. Guggenheim S&P 500 Equalwei Con ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 57. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 58. Guggenheim S&P 500 Equalwei Eng ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 59. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 60. Guggenheim S&P 500 Equalwei Fin ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 61. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 62. Guggenheim S&P 500 Equalwei HC ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 63. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 64. Guggenheim S&P 500 Equalwei ETF | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 65. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 66. IShares MSCI Mexico Capped ETF | A | Dividend | K | T | Buy | 04/25/14 | J | | |
| 67. IShares MSCI Philippines ETF | A | Dividend | K | T | Buy | 01/10/14 | J | | |
| 68. IShares MSCI Switzerland Capped ETF | A | Dividend | J | T | Buy | 12/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MSCI United Kingdom ETF | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 70. IShares National AMT Freemuni ETF | A | Interest | K | T | Buy | 04/25/14 | K | | |
| 71. iShares 2018 ETF AMT Free Municipal Term | A | Dividend | L | T | Buy | 01/10/14 | L | | |
| 72. Johnson & Johnson | A | Dividend | K | T | Buy | 09/27/13 | J | | |
| 73. Lam Research Corp | A | Dividend | K | T | Buy | 01/29/14 | J | | |
| 74. Marathon Petroleum Corp. | A | Dividend | K | T | Buy | 09/19/13 | J | | |
| 75. Michael Kors Hldgs | | None | J | T | Buy | 09/19/13 | J | | |
| 76. Oracle Corp. | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 77. Priceline Group | | None | J | T | Buy | 11/18/14 | K | | |
| 78. Powershares ETF FTSE RAFI US 1500SML MID | A | Dividend | K | T | Buy | 08/01/13 | J | | |
| 79. Qualcom Inc. | A | Dividend | K | T | Buy | 08/08/14 | K | | |
| 80. Starbucks Corp | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 81. Taiwan Semiconductor FADR 1 ADR REPS | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 82. United Healthgroup Inc. | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 83. Valero Energy Corp | | None | J | T | Buy | 12/10/14 | J | | |
| 84. Valmont Industries | A | Dividend | J | T | Buy | 10/22/13 | J | | |
| 85. Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 07/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wisdomtree Blombrg US Dol Bul ETF | A | Dividend | K | T | Buy | 06/13/14 | J | | |
| 87. | | | | | Buy (add'l) | 06/13/14 | K | | |
| 88. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 89. Wisdomtree Europe HEDGEDEQTY ETF | B | Dividend | K | T | Buy | 04/30/14 | K | | |
| 90. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 91. WW Grainger Inc | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 92. Amgen Inc. | A | Dividend | | | Buy (add'l) | 04/30/14 | J | | |
| 93. | | | | | Sold | 12/09/14 | K | B | |
| 94. Advisorshares Trust ETF Accuvest Global Long Short | | None | | | Buy | 04/25/14 | J | | |
| 95. | | | | | Sold | 12/09/14 | K | | |
| 96. Apache Corp. | A | Dividend | | | Sold | 07/21/14 | K | C | |
| 97. Cardinal Health Inc. | A | Dividend | | | Sold | 04/30/14 | K | C | |
| 98. Cisco Systems Inc. | A | Dividend | | | Sold | 01/29/14 | J | | |
| 99. Corning Inc. | | None | | | Sold | 01/29/14 | J | B | |
| 100. McKesson Corp. | A | Dividend | | | Sold | 02/11/14 | J | C | |
| 101. Norfolk Southern Corp. | A | Dividend | | | Sold | 06/03/14 | K | C | |
| 102. Raytheon Company New | A | Dividend | | | Sold | 04/17/14 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rayonier Advanced Materials | | None | | | Sold | 12/11/14 | J | | |
| 104. Rayonier Inc. REIT | A | Dividend | | | Buy | 07/3113 | J | | |
| 105. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 106. | | | | | Sold | 12/31/14 | J | D | |
| 107. Texas Instruments Inc. | A | Dividend | | | Sold | 04/17/14 | K | B | |
| 108. Urban Outfitters Inc. | | None | | | Buy (add'l) | 02/11/14 | J | | |
| 109. | | | | | Sold | 11/18/14 | J | | |
| 110. ExxonMobil Corp. | A | Dividend | | | Sold | 06/24/14 | K | B | |
| 111. IShares MSCI ETF Emerging Mkts Minimum Volatility | | None | | | Sold (part) | 06/06/14 | J | A | |
| 112. | | | | | Sold | 06/06/14 | J | A | |
| 113. IShares MSCI Germany ETF | A | Dividend | | | Sold | 12/01/14 | J | | |
| 114. IShares China Large-Cap ETF | | None | | | Sold | 04/30/14 | J | A | |
| 115. Vanguard Meg Cap Grth ETF | A | Dividend | | | Sold (part) | 10/06/14 | J | A | |
| 116. | | | | | Sold | 10/06/14 | J | B | |
| 117. Vanguard Meg Cap Value ETF | A | Dividend | | | Sold (part) | 10/06/14 | J | A | |
| 118. | | | | | Sold | 10/06/14 | J | A | |
| 119. Powershares ETF Trdynamic Large Cap Growth Portfolio | A | Dividend | | | Sold (part) | 10/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/06/14 | J | B | |
| 121. Powershares ETF Trdynamic Large Cap Value Portfolio | A | Dividend | | | Sold (part) | 10/06/14 | J | A | |
| 122. | | | | | Sold | 10/06/14 | J | A | |
| 123. Powershares DB US Dollar Trindex Bullish Fund | | None | | | Buy (add'l) | 04/25/14 | J | | |
| 124. | | | | | Sold (part) | 06/13/14 | J | | |
| 125. | | | | | Sold (part) | 06/13/14 | K | | |
| 126. | | | | | Sold | 06/13/14 | J | | |
| 127. XL Group PLC | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 128. Franklin Resources Inc. | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 129. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 130. Stryker Corp. | A | Dividend | K | T | Buy | 09/27/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 1 re Trust #1: I and [redacted] are co-trustees of a trust that has been segregated into four cash accounts, one for me and three of [redacted]. The aggregate amount of those combined cash accounts is reflected in Column C(1). However, most of those funds are not in my separate account, which would be a Category K. The accounts are held at Wells Fargo Advisors LLC. These accounts are different than those listed on lines 2 and 3 of Part VII.

2) In Part VII, line 17 I list a Franklin Templeton 529 account (a college savings account for [redacted]). That was redeemed in August of 2013. I neglected to show that redemption in last year's report, so I am showing it here.

3) Part VII, lines 92-93 list Amgen. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. This year, I purchased additional shares, then sold all of it in 2014.

4) Part VII, line 96 lists Apache Corp. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

5) Part VII, line 97 lists Cardinal Health Inc. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

6) Part VII, line 98 lists Cisco Systems Inc. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

7) Part VII, line 99 lists Corning Inc. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

8) Part VII, line 7 lists the sale of all of my Intel stock. Shares of this stock were acquired over the years at various prices. Thus, I cannot determine whether I had a gain or loss on this.

9) Part VII, line 100 lists McKesson Corp. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

10) Part VII, line 101 lists Norfolk Southern Corp. I cannot determine when this stock was purchased, but I sold all of it in 2014.

11) Part VII, line 102 lists Raytheon Company. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

12) Part VII, lines 103 - 106 list Rayonier Advanced Material and Raonier Inc. REIT. I originally purchased the Rayonier Inc. stock on 7/31/13, but inadvertently omitted it from last year's report. This year, Rayonier spun-off Rayonier Advanced Matgerials. In addition, I purchased more shares in Rayonier Inc. I then sold all of the stock in both companies in 2014.

13) Part VII, line 107 lists Texas Instruments. I originally purchased this stock on 9/271/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

14) Part VII, lines 108-109 list Urban Outfitters. This stock was purchased at various times but I cannot determine exactly when. I purchased additional shares in 2014, and then sold all of it in 2014.

15) Part VII, line 110 lists ExxonMobil Corp. I originally purchased this stock on 7/31/13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

16) Part VII, line 111-112 list IShares MSCI ETF Emerging Mkts Minimum Volatility. I originally purchased this stock on 8/6//13, but inadvertently omitted it from last year's report. I sold all of it in 2014 in two transactions.

17) Part VII, line 113 lists IShares MSCI Germany ETF. I originally purchased this stock on 12/13//13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

18) Part VII, line 114 lists IShares China Large-Cap ETF. I originally purchased this stock on 7/31//13, but inadvertently omitted it from last year's report. I sold all of it in 2014.

19) Part VII, lines 115 - 122 list Vanguard Meg Cap Grth ETF, Vanguard Meg Cap Val ETF, Powershares ETF Trdynamic Large Cap Growth Portfolio, and Powershares ETF Trdynamic Large Cap Value Portfolio,. I originally purchased these assets on 7/31//13, but inadvertently omitted them from last year's report. I sold all of them in 2014.

20) Part VII, lines 123 - 126 list Powershares DB US Dollar Trndex Bullis Fund. I originally purchased 90 shares on 7/31//13, 32 shares on 8/5/13, and 1126 shares at various other times, but I inadvertently omitted these from last year's report. I purchased additional shares in 2014, and sold all shares in 2014.

21) Part VII, lines 49 - 50 show Google stock. I purchased 14 shares of Class A stock on 7/31/13, but inadvertently omitted that from last year's report. In 2014, Google did a 1:1 spin-off of the 14 shares of Class A to Class C; thus, I acquired 14 shares of Class C. I sold the Class C shares in 2014 and purchased additional Class A stock.

22) Part VII, line 9 lists MFS Growth Alocation Fund. That asset was sold on 7/31/13, but the transaction was inadvertently omitted from last year's report.

23) Part VII, lines 31-32 list Aflac. I originally purchased this stock in 2013, but inadvertently omitted it from last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

24) Part VII, lines 36 - 38 list Broadcom, Celgene, and Cognizant. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

25) Part VII, line 41 lists CVS. I originally purchased this stock in 2013, but inadvertently omitted it from last year's report.

26) Part VII, lines 45 - 48 list Embraer, Emerson Electric, and Fifth Third. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

27) Part VII, lines 51 - 53 list various Guggenheim Bulletshares assets. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

28) Part VII, lines 68 - 69 list iShares Switzerland and UK. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

29) Part VII, line 72 lists Johnson & Johnson. I originally purchased that asset in 2013, but inadvertently omitted it from last year's report.

30) Part VII, lines 74 - 76 list Marathon, Michael Kors and Oracle. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

31) Part VII, line 78 lists Powershares ETF FTSE RAFI. I originally purchased this asset in 2013, but inadvertently omitted it from last year's report.

32) Part VII, lines 80-82 list Starbucks, Taiwan Semiconductor, and United Healthgroup. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

33) Part VII, lines 84-85 list Valmont and Wal-Mart. I originally purchased those assets in 2013, but inadvertently omitted them from last year's report.

35) Part VII, lines 128-129 list Franklin Resources. I originally purchased this stock in 2013 and bought additional shares that year, but inadvertently omitted those transactions from last year's report.

36) Part VII, line 11 lists Nuveen Interim Duration Muni Bond. I sold that asset in 2013, as disclosed on last year's report. However, because I had it on automatic reinvest, despite the sale I was due another dividend reinvetment, which was issued shortly after the sale. I thius have a small amount (3.155 shares) of this asset that generates interest despite the reported sale last year, which should have technically been listed as sale (part).

37) Part VII, line 130 lists Stryker Corp. I originally purchased this stock in 2013, but inadvertently omitted it from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544